UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HEATH BOLLINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV00388 AGF |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# MEMORANDUM AND ORDER OF REMAND

Currently before the Court is Defendant's unopposed motion to remand this Social Security disability case pursuant to sentence six of 42 U.S.C. § 405(g).[1]

Following a hearing on Plaintiff's application for disability insurance benefits, an Administrative Law Judge ("ALJ") found that Plaintiff was not disabled. The decision of the ALJ became the final decision of the Commissioner of Social Security, and Plaintiff filed this action for judicial review of the adverse ruling. The Commissioner now states that significant portions of the administrative hearing tape are inaudible, preventing the preparation of a proper court record. The Commissioner requests that this case be remanded to correct the procedural defect by allowing an ALJ to conduct a de

---

[1] Sentence six provides in relevant part as follows:

The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security. . . .

novo hearing. Plaintiff's counsel has represented to the Court that Plaintiff does not oppose the motion. The Court finds that the Commissioner has made a sufficient showing of good cause to remand this case.

Upon review of the record, the Court concludes that remand under sentence six of 42 U.S.C. § 405(g) is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to remand is **GRANTED**. [Doc. #11]

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further consideration.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2011.